

**CT Corporation**
**Service of Process Notification**
08/01/2022
CT Log Number 542027095

## Service of Process Transmittal Summary

**TO:** Florence Yee
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
751 BROAD ST
NEWARK, NJ 07102-3714

**RE:** **Process Served in Maryland**

**FOR:** The Prudential Insurance Company of America  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | STEPHANIE RILEY as Personal Representative of BROOKE RILEY vs. PRUDENTIAL INSURANCE COMPANY |
| **DOCUMENT(S) SERVED:** | Writ(s) of Summons, Complaint, Notice(s), Certificate, Attachment(s) |
| **COURT/AGENCY:** | Prince George's County - District Court of Maryland, MD
Case # 050200053932021 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | The Corporation Trust Incorporated, Lutherville Timonium, MD |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 08/01/2022 postmarked on 07/29/2022 |
| **JURISDICTION SERVED:** | Maryland |
| **APPEARANCE OR ANSWER DUE:** | 08/30/2022 at 01:15 p.m. (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Richard L. Jaklitsch
The Jaklitsch Law Group
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
301-627-8700 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/01/2022, Expected Purge Date: 08/06/2022

Image SOP

Email Notification,  Legal Process Unit  legal.process.unit@prudential.com

Email Notification,  Susan Arizzo  susan.arizzo@prudential.com

Email Notification,  Rosalia Bernal  rosalia.bernal@prudential.com

Email Notification,  Darbi Luzzi  darbi.luzzi@prudential.com

Email Notification,  Veronica O'Neal  veronica.oneal@prudential.com

Email Notification,  Lissette Diaz  lissette.diaz@prudential.com

Email Notification,  Pamela Sidoti  pamela.sidoti@prudential.com

Email Notification,  Cheryl Moore  cheryl.moore@prudential.com |



**CT Corporation**
**Service of Process Notification**
08/01/2022
CT Log Number 542027095

Email Notification, Florence Yee  Florence.Yee@Prudential.com

Email Notification, Julianne Hackett  julianne.hackett@prudential.com

| | |
|---|---|
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Incorporated<br>2405 York Rd<br>Ste 201<br>Lutherville Timonium, MD 21093<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



**MARYLAND INSURANCE ADMINISTRATION**

200 St. Paul Place, Suite 2700, Baltimore, MD 21202
www.mdinsurance.state.md.us



CERTIFIED MAIL

7020 1290 0001 6952 5377

US POSTAGE PITNEY BOWES
ZIP 21202 $ 008.30
02 4W
0000351856 JUL 29 2022

Process Server
Prudential Insurance Company of America
C T Corporation System AKA The Corp. Trust Inc
2405 York Road, Suite 201
Lutherville Timonium, MD 21093



# DISTRICT COURT OF MARYLAND for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

**Defendant:** PRUDENTIAL INSURANCE COMPANY of America
**Serve On:** INSURANCE COMMISSIONER Maryland Insurance Administration
**Address:** 200 ST. PAUL PLACE #2700
BALTIMORE, MD 21202

JUL 2 6 2022
Received

Stephanie Riley

**Date Filed:** Apr 7, 2022
**Issue Date:** Jul 1, 2022
**Case Number:** 050200053932021
**Complaint No.:** 001

| Trial Date | : Aug 30, 2022 |
|---|---|
| Trial Time | : 01:15 pm |
| Trial Room | : 357B |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within fifteen days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Jul 31, 2022**   Robert Prender, Administrative Clerk / VB

To Private Process Server :
You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.
I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to _____
   on date ___ / ___ / 20 _____ time _____ at location _____
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____
and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that individual served is of suitable age discretion are: _____
_____ The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____
Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Print Name of Process Server                     Complete Address of Process Server
Date : ___ / ___ / 20 _____  Signature : _____    Phone No. _____

CUT HERE -------------------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND
**Defendant:** PRUDENTIAL INSURANCE COMPANY                **Case #** 050200053932021
**Trial Date:** Aug 30, 2022                                **Complaint #** 001

**NOTICE: If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than 15 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

**ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. EXCEPTION: where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.

**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION
I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.
Brief Explanation of defense : _____
_____

___ / ___ / 20 ____    _____        MARYLAND INSURANCE ADMINISTRATION
  Date              Signature               FORWARDED TO THE NAMED INSURANCE COMPANY
                                            DATE  07/28/2022                              _____
                                                                                            Home Phone

                              Address/City/State/Zip code
Fax number          e-Mail Address
☐ Check this box if this is a new address.                          Case Num. 050200053932021



# DISTRICT COURT OF MARYLAND for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Defendant: **PRUDENTIAL INSURANCE COMPANY**
Serve On : INSURANCE COMMISSIONER
Address : 200 ST. PAUL PLACE #2700
BALTIMORE, MD 21202

Date Filed : Apr 7, 2022
Issue Date : Jul 1, 2022
Case Number : 050200053932021
Complaint No. : 001

| Trial Date | : Aug 30, 2022 |
| --- | --- |
| Trial Time | : 01:15 pm |
| Trial Room | : 357B |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within fifteen days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Jul 31, 2022**      Robert Prender, Administrative Clerk / VB

To Private Process Server :
You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.
I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to _____
on date ___ / ___ / 20 _____ time _____ at location _____
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2)18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____
and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that individual served is of suitable age discretion are: _____
_____ The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____
Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____             _____
Print Name of Process Server                Complete Address of Process Server
Date : ___ / ___ / 20 _____   Signature : _____    Phone No. _____

CUT HERE ---------------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : PRUDENTIAL INSURANCE COMPANY          Case # 050200053932021
Trial Date : Aug 30, 2022                          Complaint # 001

**NOTICE: If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than 15 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

**ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. EXCEPTION: where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.

**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION
I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.
Brief Explanation of defense : _____

___ / ___ / 20 ____    _____  ( ____ ) _____  ( ____ ) _____
       Date                    Signature            Work Phone                  Home Phone

                                   Address/City/State/Zip code
                                   _____
       Fax number           e-Mail Address
☐ Check this box if this is a new address.



Case Num. 050200053932021

# DISTRICT COURT OF MARYLAND FOR Prince George's County

**LOCATED AT (COURT ADDRESS)**
14735 Main Street
Upper Marlboro, Maryland 20772

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under  ☒ over $5,000  ☐ over $10,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

**CASE NO.** CV

The particulars of this case are:

On or about October 29, 2019 Plaintiff was the passenger of a motorcycle traveling eastbound on Route 40 at National Pike when Jerome Murphy rear-ended the motorcycle. At the time of this accident, the driver of the motorcycle was a properly licensed driver and Plaintiff was wearing all required safety equipment. At all times relevant, Plaintiff was exercising due care and was free from negligence.

At the time of this accident, the Plaintiff had accidental basic life coverage which was insured with the Defendant. That policy of insurance provided accidental death. The Plaintiff has made claim for accidental death, but the Defendant has failed to pay full benefits to estate, despite knowing that the Plaintiff would have additional consequential damages of $4000 if the Defendant breached the contract.

## PARTIES

**Plaintiff**
STEPHANIE RILEY as Personal Representative of BROOKE RILEY
4290 Hollow Court
Middletown, Maryland 21769

**VS.**

**Defendant(s):**

1. PRUDENTIAL INSURANCE COMPANY
   Serve: Insurance Commissioner
   200 St. Paul Place #2700
   Baltimore MD 21202
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)

The plaintiff claims $14,000, plus interest of $_____, interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ (____ days x $____ per day) and attorney's fees of $4000 plus court costs.

☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney  Attorney Code 8312010222  CPF ID No.
Printed Name: Richard L. Jaklitsch, 4152
Address: 14350 Old Marlboro Pike, Upper Marlboro, MD 20772
Telephone Number: (301) 627-8700
Fax: (301) 627-6070
E-mail: rick@thejaklitschlawgroup.com

## ATTORNEYS

**For Plaintiff - Name, Address, Telephone Number & Code**
Richard L. Jaklitsch, 4152; CPF#: 8312010222
The Jaklitsch Law Group
14350 Old Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-8700  11/16/20 bkb

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☒ No defendant is in the military service. The facts supporting this statement are: Corporate Defendant

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date  Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☒ 10-104 _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ plaintiff ☒ Attorney _____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date  Signature of Affiant

DC-CV-001 (front) (Rev. 12/2018)

## NOTICE TO DEFENDANT
### Before Trial
**If you agree that you owe the plaintiff the amount claimed,** you may contact the plaintiff (or plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim,** you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the court to consider. **If you do nothing,** a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)
**IF YOU <u>DISAGREE</u> WITH THE COURT'S RULING,** you may:

1. **APPEAL** to the circuit court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:

   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).

   - **$5,000 or less**, you will have a new trial in the circuit court.

   On your trial date you should bring with you any evidence that you want the court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE <u>NOT</u> TO APPEAL AND <u>NOT</u> TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.
2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.
3. **Writ of Execution:** The court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
4. **Garnishment of Property:** The court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.
5. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.**

## NOTICE TO PLAINTIFF
### REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: http://mdcourts.gov/reference/scra.html.

### AFTER THE COURT ENTERS A JUDGMENT:
1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

**DC-CV-001 (back) (Rev. 12/2018)**

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

STEPHANIE RILEY  
as Personal Representative of  
BROOKE RILEY  

              Plaintiff  :

v.                                  :       **Civil Case No.:**

PRUDENTIAL INSURANCE COMPANY :

              Defendant  :

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this ____8____ day of ____Feb.____, 2021, I attached the Interrogatories propounded to the Defendant and the Introduction of Medical Records to the original Complaint, and that I will retain the original of the Interrogatories in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

THE JAKLITSCH LAW GROUP

_____  
Richard L. Jaklitsch, 4152  
CPF#: 8312010222  
Attorney for Plaintiff  
14350 Old Marlboro Pike  
Upper Marlboro, Maryland 20772  
(301) 627-8700  
(301) 627-6070 (fax)  
rick@jaklitschlawgroup.com       /bkb

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

STEPHANIE RILEY :
as Personal Representative of
BROOKE RILEY :

      Plaintiff :

v. : **Civil Case No.:**

PRUDENTIAL INSURANCE COMPANY :

      Defendant :

## NOTICE OF INTRODUCTION OF MEDICAL REPORTS AND BILLS

  Plaintiff, Stephanie Riley for The Estate of Brooke Riley, by and through her attorney, Richard L. Jaklitsch, pursuant to Courts and Judicial Proceedings, 10-104 hereby serves notice that the Plaintiff intends to introduce the attached medical reports and bills of treatment rendered without the testimony of any physician/doctor at the trial in the above referenced matter.

            THE JAKLITSCH LAW GROUP

            _____
            Richard L. Jaklitsch, 4152
            CPF#: 8312010222
            Attorney for Plaintiff
            14350 Old Marlboro Pike
            Upper Marlboro, Maryland 20772
            (301) 627-8700
            (301) 627-6070 (fax)
            rick@jaklitschlawgroup.com  /bkb

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772

(301) 627-8700

**STEPHANIE RILEY as Personal Representative of BROOKE RILEY**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| Itemization of Damages | 1-1 |
| Funeral Expenses | 2-2 |
| Death Certificate | 3-3 |
| Body Release Record | 4-4 |

### STEPHANIE RILEY as Personal Representative of BROOKE RILEY

### DOL: OCTOBER 29, 2019

- Funeral Expenses ................................................................. $14,104.28
- **Total** ...................................................................................... **$14,104.28**



# STAUFFER
FUNERAL HOMES, P.A.

WWW.STAUFFERFUNERALHOME.COM
1621 Opossumtown Pike
Frederick, MD 21702
(301) 663-1690

| 40 Fulton Ave | 104 E. Main St | 1100 N. Maple Ave | 8 E. Ridgeville Blvd |
| --- | --- | --- | --- |
| Walkersville, MD 21793 | Thurmont, MD 21788 | Brunswick, MD 21716 | Mt. Airy, MD 21771 |
| (301) 845-8091 | (301) 271-7777 | (301) 834-7000 | (301) 829-9410 |

November 13, 2019

Mrs. Stephanie Riley
4290 Hollow Court
Middletown, MD 21769

**For the Funeral Services of: Brooke Danielle Riley**

| | |
| --- | --- |
| **Professional Services** | $ 2,975.00 |
| Basic Services of Funeral Director & Staff | |
| **Embalming** | $ 880.00 |
| Embalming | $ 295.00 |
| Other Preparation of the Body | |
| **Facilities & Equipment** | $ 450.00 |
| Use of Facilities and Staff - Viewing/Visitation (per day) | $ 500.00 |
| Use of Facilities and Staff - Funeral Ceremony | |
| **Automotive** | $ 450.00 |
| Transfer of Remains to Funeral Home | $ 425.00 |
| Use of Hearse | |
| **Casket** | $ 2,699.00 |
| Winston - (Black Only) Light Weight Steel | |
| **Vaults** | $ 3,950.00 |
| Wilbert Stainless Triune | |
| **Merchandise** | |
| Signature - Casket Spray | $ 225.00 |
| Signature Deluxe - Life Celebration Deluxe DVD | $ 450.00 |
| Signature - Customized Guest Registry Set | $ 225.00 |
| Signature - Candle | $ 30.00 |
| **Cash Advances** | |
| Death Certificates - Maryland (5) | $ 98.00 |
| Obituary - Frederick News Post (Final) | $ 452.28 |
| **TOTAL CHARGES** | $ 14,104.28 |
| **PAYMENTS & ADJUSTMENTS** | ($ 14,104.28) |
| November 13, 2019 — Payment from EFF Advance Funding for funeral expenses | ($ 14,104.28) |
| November 13, 2019 — Refund check to Stephanie Riley | $ 160.00 |
| November 7, 2019 — Check payment from YOLO-One Love Foundation, Inc. for funeral expenses (Donation) | ($ 150.00) |
| **BALANCE DUE:** | $ 0.00 |

2

# STATE OF MARYLAND
## Department of Health
### Certificate of Death

**1. Decedent's Name:** BROOKE DANIELLE RILEY

**Place of Death:** SOUTH NATIONAL PIKE AT MOUNT LENA RD

**Sex:** F  
**Age:** 25 yrs  
**State of Birth:** MARYLAND

**County:** FREDERICK

**Residence:** ASHLAND HOLLOW COURT

**Marital Status:** NEVER MARRIED  
**Armed Forces:** NO

**Education:** BACHELOR  
**Occupation:** REGISTERED NURSE  
**Industry:** BALTIMORE

**Father's Name:** DEREK A RILEY  
**Mother's Name:** STEPHANIE COUGHLIN (?)

**Informant's Name:** STEPHANIE RILEY  
**Relationship:** MOTHER  
**Address:** 4235 HOLLOW COURT, MIDDLETOWN, MARYLAND 21769

**Method of Disposition:** BURIAL  
**Place of Disposition:** JEFFERSON REFORMED CEMETERY  
**Date of Disposition:** 11/2/2019  
**Location:** JEFFERSON

**Funeral Director:** COURTNEY STAUFFER  
**License No:** 31245  
**Funeral Home:** STAUFFER FUNERAL HOME, 1621 OPOSSUMTOWN PIKE, FREDERICK, MD 21702

**Cause of Death:** MULTIPLE INJURIES

**Tobacco use contribute to death?** NO

**Place of Death:** OTHER  
**Manner of Death:** ACCIDENT  
**Date of Injury:** 10/29/2019  
**Time of Injury:** 1426

**How Injury Occurred:** SUBJECT WAS OPERATOR OF MOTORCYCLE INVOLVED IN COLLISION WITH MOTOR VEHICLE'S  
**Injury at Work?** NO  
**Transport Injury?** YES  
**Place of Injury:** MAJOR ROAD / HIGHWAY

**Location of Injury:** NATIONAL PIKE AT MOUNT LENA RD, BOONSBORO, MARYLAND 21713

**Certifier Type:** MEDICAL EXAMINER  
**Certifier Name and Title:** STEPHANIE A. DEAN, M.D.  
**License No:** O.C.M.E.  
**Date Signed:** 10/30/2019

**Name of person who completed cause of death:** STEPHANIE A DEAN  
**Address:** 900 W. BALTIMORE STREET, BALTIMORE, MARYLAND 21223

For Office Use Only: MEDICAL amendment 11/04/2019 Edits 4a, 22g

**Date Filed:** 11/01/2019  
**Registrar:** CRYSTAL D. WEAVER  
**Date Issued:** 11/05/2019

384785

# BODY RELEASE RECORD

M.E. Case #: **19-12782**

Decedant's Name: **Brooke Danielle Riley**

| Age: 25 Years | Race: White | Gender: Female | Height: 5'4" | Weight: 231 lbs. |

## Body Release Authorization:

Name: Stephanie Riley    Relationship to    Parent

## Body Released by:

Body released by:    Body released date:

## Body Released to:

Body released to:

## Property:

| Collected By | Date | Description | Type |
| --- | --- | --- | --- |
| Courtney Manzo | 10/29/19 | 2 boots | Property |
| Courtney Manzo | 10/29/19 | jeans | Property |
| Courtney Manzo | 10/29/19 | 2 black socks | Property |
| Courtney Manzo | 10/29/19 | black underwear | Property |
| Courtney Manzo | 10/29/19 | black bra | Property |
| Courtney Manzo | 10/29/19 | gray t shirt | Property |
| Courtney Manzo | 10/29/19 | maroon sweatshirt | Property |
| Courtney Manzo | 10/29/19 | helmet | Property |
| Stephanie Rollins | 10/30/19 | nose ring and toe ring | Property |

## Funeral Home Information:

Funeral Home: **Stauffer Funeral Homes PA**    Phone: (301) 663-1690

Funeral Home License #:

I, the undersigned, certify that I have carefully examined and compared the identification bracelet attached to the body and the tag on the burial pouch. I also acknowledge the receipt of the remains of the aforementioned decedent together with any personal effects listed above, unless retained by law enforcement authorities or the Office of the Chief Medical Examiner as indicated. I further certify that I am authorized by the next of kin or his/her agent to make this removal.

_____    _____
RELEASED TO NAME, SIGNED       OCME NAME, SIGNED

_____    _____
RELEASED TO NAME, PRINTED      OCME NAME, PRINTED

Printed: 10/31/2019 7:26:47 AM                              Page 1 of 1