# Meritus Medical Center, Inc.

# Group Contract

# G-53107-MD



**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

751 Broad Street
Newark, New Jersey 07102

# Group Insurance Contract

**Contract Holder:  MERITUS MEDICAL CENTER, INC.**

**Group Contract No.:  G-53107-MD**

Prudential will provide or pay the benefits described in the Group Insurance Certificate(s) listed in the Schedule of Plans of the Group Contract, subject to the Group Contract's terms.  This promise is based on the Contract Holder's application and payment of the required premiums.

All of the provisions of the Group Insurance Certificate(s), attached to and made a part of the Group Contract, apply to the Group Contract as if fully set forth in the Group Contract.

The Group Contract takes effect on the Contract Date, if it is duly attested under the Group Contract Schedule.  It continues as long as the required premiums are paid, unless it ends as described in its General Rules.

The Group Contract is non-participating.  This means that it will not share in Prudential's profits or surplus earnings, and Prudential will pay no dividends on it.

The Group Contract is delivered in and is governed by the laws of the Governing Jurisdiction.

*[Signature]*                                                      *[Signature]*

       Secretary                                                                    Chief Executive Officer

**Group Term Life, Accidental Death and Dismemberment and Long Term Disability Coverages**

**Notice to Buyer:  This is a life, accidental death and dismemberment and long term disability contract and it does not pay benefits for loss from sickness except as provided herein.  Review your Group Contract carefully.  This Group Contract provides limited benefits.  Benefits provided are supplemental and are not intended to cover all medical expenses.**

83500
COV 5053                                                                                                                (S-2)(53107-1)

# Group Contract Schedule

**Contract Date:**  June 1, 2018

**Contract Anniversaries:**  January 1 of each year, beginning in 2019.

**Premium Due Dates:**  The Contract Date, and the first day of the month beginning with July, 2018.

**Governing Jurisdiction:**  State of Maryland

**Associated Companies:**  Associated Companies are employers who are the Contract Holder's subsidiaries or affiliates and are reported to Prudential in writing for inclusion under the Group Contract, provided that Prudential has approved such request.

**Minimum Participation Number:**  25

## INCLUDED EMPLOYERS

Included Employers under the Group Contract are the Contract Holder and its Associated Companies, if any.

An Employee of more than one Included Employer will be considered an Employee of only one of those employers for the purpose of the Group Contract.  That Employee's service with all other Included Employers will be treated as service with that one.

On any date when an employer ceases to be an Included Employer, the Group Contract will be considered to end for Employees of that employer.  This applies to all of those Employees except those who, on the next day, are still within the Covered Classes of a plan of benefits of the Group Contract as Employees of another Included Employer.  The plans of benefits for Covered Classes are listed in the Group Contract's Schedule of Plans.

The Contract Holder must let Prudential know, in writing, when an employer reported as an Associated Company is no longer one of its subsidiaries or affiliates.

_____

**Table of Contents (as of the Contract Date):**  The Group Contract includes these forms:  Cover, Group Contract Schedule, Schedule of Premium Rates, General Rules, Modifications of the Group Contract, Schedule of Plans, Application.

_____

Attest: _Beth Tang Ling_

83500
GCS 5031                                                                                                                           (53107-1)

# Schedule of Premium Rates

G-53107-MD

**Classes of Employees to which this Schedule applies:**

All Classes

| **Applicable Coverage** | **Monthly Rate Per Employee Per $1,000 of coverage** |
|---|---|
| Basic Employee Term Life | 0.090 |
| Retiree Term Life | 3.110 |
| Basic Accidental Death and Dismemberment | 0.015 |
| Optional Employee Term Life | |
|    Age Classification | |
|    Less than age 25 | 0.040 |
|    25-29 | 0.040 |
|    30-34 | 0.050 |
|    35-39 | 0.070 |
|    40-44 | 0.100 |
|    45-49 | 0.170 |
|    50-54 | 0.270 |
|    55-59 | 0.420 |
|    60-64 | 0.550 |
|    65-69 | 0.890 |
|    70-74 | 1.570 |
|    75-100 | 2.870 |
| Optional Dependents Term Life | |
|    Spouse | |
|    Age Classification | |
|    Less than age 25 | 0.040 |
|    25-29 | 0.040 |
|    30-34 | 0.050 |
|    35-39 | 0.070 |

| | |
|---|---|
| 40-44 | 0.100 |
| 45-49 | 0.170 |
| 50-54 | 0.270 |
| 55-59 | 0.420 |
| 60-64 | 0.550 |
| 65-69 | 0.890 |
| 70-74 | 1.570 |
| 75-100 | 2.870 |

Optional Dependents Term Life

    Child                                                   0.080

Optional Accidental Death and Dismemberment    0.030

Long Term Disability                           0.270, per $100 of covered payroll

The premium may be adjusted during the term of the contract to reflect changes to the commissions or fees paid to an insurance producer for the contract, if any.

## PERFORMANCE LEVELS

Prudential and the Contract Holder shall, from time to time, establish the performance service levels for each of the services to be measured, which may include, without limitation, standards for plan administration, customer service, phone service and abandonment rates, and timeliness of enrollment, underwriting and claim transactions.  Prudential and the Contract Holder shall mutually agree upon a process for determining whether such performance levels have been met and the amount of any such credit that shall be made as a result of failure to meet such performance levels.  Unless Prudential and the Contract Holder mutually agree to another process or timeline, a review of Prudential's performance will be done at the end of each calendar year and any applicable credit will be made on a date determined by Prudential.

Any amounts so credited shall be made by means of an adjustment to retention, or, at the option of the Contract Holder, shall be paid directly by check to the Contract Holder or to a trustee or other party at the Contract Holder's direction.

To the extent any portion of the amounts credited or paid to the Contract Holder is required by law (including the Employee Retirement Income Security Act of 1974, as amended) to be used or applied solely for the benefit of Employees covered under this Group Contract, the Contract Holder agrees to use or apply such portion solely for the benefit of such Employees and to otherwise comply with any of its obligations under ERISA or other applicable law.  Any credited amounts due and unpaid at the termination of the Group Contract shall be transferred to the Contract Holder or to a trustee or other party at the Contract Holder's direction for use in connection with the Contract Holder's health and welfare programs.  Upon transfer, Prudential shall have no responsibility for the use and/or allocation of any such funds, nor shall Prudential have any continuing obligations under this provision relating to performance levels.  This provision does not create any third party beneficiary rights in any insured or other person.

# General Rules

**A. PAYMENT OF PREMIUMS - GRACE PERIOD.**

Premiums are to be paid by the Contract Holder to Prudential.  Each may be paid at a Prudential office or to one of its authorized agents.  One is due on each Premium Due Date stated in the Group Contract Schedule.  The Contract Holder is liable to pay premiums to Prudential for the time the Group Contract is in force, subject to the following:

(1)   A grace period of 30 days from the Premium Due Date will be granted for payment of each premium due after the first premium, unless Prudential does not intend to renew the Group Contract beyond the period for which premium has been accepted and notice of the intention not to renew is delivered to the Contract Holder at least 45 days before the premium is due.

(2)   The Contract Holder may pay each premium other than the first during the grace period without being charged interest.  The Group Contract will continue in force during the grace period, even if premiums are not paid.  The End of the Group Contract or of an Insurance section describes when the Group Contract will end.

(3)   Unless Prudential receives a notice of the Contract Holder's intention to terminate the Group Contract before the end of the grace period, Prudential may collect premium for the first 30 days of the grace period.

(4)   If Prudential receives a notice of the Contract Holder's intention to terminate the Group Contract during the grace period, Prudential may collect premium for the period beginning on the first day of the grace period until the later of the date on which notice is received or the date of termination stated in the notice, but not more than 30 days.

**B. PREMIUM AMOUNTS.**

The premium due on each Premium Due Date is the sum of the premium charges for the insurance under the Coverages.  Those charges are determined from the premium rates then in effect and the Employees then insured.

Premiums may be determined in another way.  But it must produce about the same amounts and be agreed to by the Contract Holder and Prudential.

No premium charge will be made for an insured Employee under the Employee Long Term Disability Coverage while the Employee:

(1)   is Disabled; and

(2)   is entitled, after the Elimination Period, to benefits under the Coverage.

**C. PREMIUM RATE CHANGES.**

The premium rates in effect on the Contract Date are shown in the Group Contract's Schedule of Premium Rates.  For Life Coverages, Prudential has the right to change premium rates as of any Contract Anniversary.  But premium rates will not be changed within 43 months of the Contract Date.

For coverages other than Life Coverages, Prudential has the right to change premium rates:

(1)  As of any Premium Due Date; and

(2)  As of any date the extent or nature of the risk assumed is changed for any reason, including the reasons shown below:

    (a)  A change occurs in the plan design.

    (b)  A division, subsidiary or associated entity is added or deleted.

    (c)  The number of insured persons changes by 10% or more.

    (d)  A new law or a change in any existing law is enacted which applies to this plan.

    (e)  A change occurs in the Covered Classes.

But, unless the Schedule of Premium Rates or an amendment states otherwise, (1) above will not be used to change premium rates:

- for Accidental Death and Dismemberment Coverages, within 43 months of the Contract Date.
- for Long Term Disability Coverage, within 43 months of the Contract Date.

Prudential will notify the Contract Holder in writing at least 45 days before a premium rate is changed.

## D.  END OF THE GROUP CONTRACT OR OF AN INSURANCE.

**During or at End of Grace Period - Failure to Pay Premiums:**  If any premium is not paid by the end of its grace period, the Group Contract will end when the grace period ends.  The Contract Holder may write to Prudential, in advance, to ask that the Group Contract be ended at the end of the period for which premiums have been paid or at any time during the grace period.  Then the Group Contract will end on the date requested, but in no event will it end before the date Prudential receives the written request from the Contract Holder.

**On a Premium Due Date - Failure to Maintain Insuring Conditions:**  On any Premium Due Date, Prudential may end the part of the Group Contract for Contributory or Non-contributory Employee Insurance or Dependents Insurance under a Coverage if one or more of the following conditions then exists for that part.  But notice of its intent to do so must be given to the Contract Holder at least 45 days in advance.

    Contributory Insurance:  The insured Employees are:

    (1)  less than the Minimum Participation Number; or

    (2)  less than 75% of the Employees who are eligible to request the insurance; or

    (3)  contributing at a rate higher than the maximum, if any, stated in the Group Contract for the insurance.

    Non-contributory Insurance:  The insured Employees are:

    (1)  less than the Minimum Participation Number; or

    (2)  contributing for the insurance.

The Minimum Participation Number is shown in the Group Contract Schedule.

**On a Contract Anniversary:**  Prudential may end the Group Contract on any Contract Anniversary. But notice of its intent to do so must be given to the Contract Holder at least 120 days in advance.

### E.   AGE ADJUSTMENT.

If an age is used to determine the premium charge for an Employee's insurance and the age is found to be in error, the premium charge for that insurance will then be adjusted to reflect the correct age.  If this adjustment results in a change in the amount of premium, any difference between the premium paid and the premium required on the basis of the correct age will be paid as follows:

(1)   If the adjustment results in an increased premium, the difference will be paid by the Contract Holder when notified by Prudential.

(2)   If the adjustment results in a decreased premium, the difference will be refunded by Prudential.

If the change in age affects the amount of the Employee's insurance under any Coverage, such amount will be changed on the basis of the correct age.  Any premium adjustment will take this into account.

### F.   EMPLOYEE'S CERTIFICATE.

Prudential will give the Contract Holder an individual certificate to give each insured Employee.  It will describe the Employee's coverage under the Group Contract.  It will include (1) to whom Prudential pays benefits, (2) any protection and rights when the insurance ends, and (3) claim rights and requirements.

### G.   RECORDS - INFORMATION TO BE FURNISHED.

Either the Contract Holder or Prudential, as they agree, will keep a record of the insured Employees. It will contain the key facts about their insurance.

At the times set by Prudential, the Contract Holder will send the data required by Prudential to perform its duties under the Group Contract, and to determine the premium rates.  All records of the Contract Holder and of the Employer which bear on the insurance must be open to Prudential for its inspection at any reasonable time.

Prudential will not have to perform any duty that depends on such data before it is received in a form that satisfies Prudential.  The Contract Holder may correct wrong data given to Prudential, if Prudential has not been harmed by acting on it.  An Employee's insurance under a Coverage will not be made invalid by failure of the Contract Holder or the Employer, due to clerical error, to record or report the Employee for that insurance.

### H.   ENTIRE CONTRACT - CONTESTABILITY OF THE CONTRACT.

The entire Group Contract consists of:  (1) the Group Insurance Certificate(s) listed in the Schedule of Plans, a copy of which is attached to the Group Contract; (2) all modifications and endorsements to such Group Insurance Certificates which are attached to and made a part of the Group Contract by amendment to the Group Contract; (3) the forms shown in the Table of Contents as of the Contract Date; (4) the Contract Holder's application, a copy of which is attached to the Group Contract; (5) any endorsements or amendments to the Group Contract; and (6) the individual applications, if any, of the persons insured.

83500
GR 5150                                                                                                                                              (53107-1)

In the absence of fraud, statements made by the Contract Holder will be considered to be representations and not warranties. No statement of the Contract Holder will be used to avoid or reduce the amount of insurance unless:

(1) It is in a written instrument signed by the Contract Holder; and

(2) A copy of that instrument is or has been furnished to the Contract Holder.

There will be no contest of the validity of the Group Contract, except for not paying premiums, after it has been in force for one year.

### I. MODIFICATION OF THE GROUP CONTRACT.

The Group Contract may be amended, at any time, without the consent of the insured Employees or of anyone else with a beneficial interest in it. This can be done through written request made by the Contract Holder and agreed to by Prudential. But an amendment will not affect a claim incurred before the date of change.

Only an officer of Prudential has authority: to waive any conditions or restrictions of the Group Contract; or to extend the time in which a premium may be paid; or to make or change a contract; or to bind Prudential by a promise or representation or by information given or received. A Prudential agent is not an officer.

No change in the Group Contract is valid unless shown in:

(1) an endorsement, which does not reduce or eliminate Coverage, on it signed by an officer of Prudential; or

(2) an amendment to it signed by the Contract Holder and by an officer of Prudential. But, a change in the Group Contract may be made in an amendment to it that is signed only by an officer of Prudential if it does not reduce or eliminate Coverage and (a) or (b) applies:

  (a) The amendment reflects a change in the Group Contract that has been automatically made to satisfy the requirements of any state or federal law or regulation that applies to the Group Contract, as provided in the Conformity With Law section. This change is known as a Statutory Amendment.

  (b) The amendment reflects a change in Prudential's administration of its group insurance benefits and is intended to apply to all group insurance contracts which are affected by the change. This change is known as a Portfolio Amendment. Prudential will give the Contract Holder written notice of its intent to make a Portfolio Amendment in the Group Contract at least 31 days in advance of the effective date of the Amendment. When the Group Contract is so amended, payment by the Contract Holder of the next premium due under the Group Contract will constitute acceptance of the Portfolio Amendment, unless the Contract Holder has rejected the Amendment, in writing, prior to its effective date.

### J. RELATIONSHIP AMONG PARTIES AFFECTED BY THE GROUP CONTRACT.

The Contract Holder, its agents, representatives or employees, or any Covered Person under the Group Contract is not the agent or representative of Prudential. Prudential will not be liable for any acts or omissions of the Contract Holder, its agents, representatives or employees or of any Covered Person under the Group Contract. Further, the Contract Holder, its agents, representatives or

employees, or any Covered Person under the Group Contract will not be liable for any acts or omissions of Prudential, its agents or employees.

## K.  CONFORMITY WITH LAW.

If the provisions of the Group Contract do not conform to the requirements of any state or federal law or regulation that applies to the Group Contract, the Group Contract is automatically changed to conform with the requirements of that law or regulation.

_____

# Modifications of the Group Contract

With respect to any coverage other than disability coverage, the Group Contract is modified to include the following section:

**END OF EMPLOYMENT**

An Employee's employment ends when the Employee is no longer actively at work on a full-time or part-time basis for the Employer.  But, for insurance purposes, the Contract Holder may consider the Employee as still employed and in the Covered Classes for the insurance during certain types of absences from full-time or part-time work.  The Contract Holder decides which Employees with those types of absences are to be considered as still employed, and for how long.  In doing this, the Contract Holder must not discriminate among persons in like situations.

An Employee may be considered as still employed up to any time limit for the Employee's type of absence.  When so considered, the Employee's insurance under a Coverage will be continued only while the Employee is paying contributions for it at the time and in the amounts, if any, required by the Contract Holder (whether or not that insurance would otherwise be Non-contributory Insurance).  But it will not be continued after it would end for a reason other than end of employment.  The types of absences and the time limits are shown below, subject to any exceptions.

**TYPES OF ABSENCES AND TIME LIMITS:**

For absence due to reduction in hours or retirement, there is no time limit.

For absence due to disability, there is no time limit.

For absence due to temporary layoff the time limit is the end of the contract month in which the temporary layoff began.

For absence due to leave of absence, there is no time limit.

**EXCEPTIONS:**

Basic Employee Term Life Coverage

    An Employee will not be continued as a member of the Covered Classes beyond the date the Employee gives Prudential written proof of Total Disability.  This proof must be given according to the rules of the Extended Death Benefit During Total Disability section of the Coverage.

Optional Employee Term Life Coverage

    An Employee will not be continued as a member of the Covered Classes beyond the date the Employee gives Prudential written proof of Total Disability.  This proof must be given according to the rules of the Extended Death Benefit During Total Disability section of the Coverage.

    Retirement is not an eligible type of absence.

Optional Dependents Term Life Coverage

    Retirement is not an eligible type of absence.

Accidental Death and Dismemberment Coverage

Retirement is not an eligible type of absence.

# Schedule of Plans

**Effective:** June 1, 2018

**Group Contract No.:** G-53107-MD

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date.  The Plan of Benefits for a Covered Class is determined by:  (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract.  A copy of each Certificate and any modification to it is attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate(s) listed below.

   **Plan of Benefits that Applies to this Covered Class:**

   (1)   The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

       (a)   With the Program Date of June 1, 2018; and

       (b)   Bearing the code "53107, LTD, Corporate Officers, Ed 04-2018, 2".

   (2)   The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

       (a)   With the Program Date of June 1, 2018; and

       (b)   Bearing the code "53107, LTD, All Other Active EEs, Ed 04-2018, 3".

   (3)   The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

       (a)   With the Program Date of June 1, 2018; and

       (b)   Bearing the code "53107, BGL, Exempt Retirees, Ed 04-2018, 4".

   (4)   The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

       (a)   With the Program Date of June 1, 2018; and

       (b)   Bearing the code "53107, BGL, Non Exempt Retirees, Ed 04-2018, 5".

(5) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of June 1, 2018; and

    (b) Bearing the code "53107, BGL-OGL-DGL-BADD-OADD, Active Exempt EEs, Ed 04-2018, 6".

(6) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of June 1, 2018; and

    (b) Bearing the code "53107, BGL-OGL-DGL-BADD-OADD, Active Non Exempt EEs, Ed 04-2018, 7".

_____

U#53107-040118, 53107-050118

# Application to

**The Prudential Insurance Company of America (Prudential)**

751 Broad Street
Newark, New Jersey 07102

For Group Contract No.  G-53107-MD

**Applicant:**     MERITUS MEDICAL CENTER, INC.

**Address:**      11116 Medical Campus Road
                  Hagerstown, Maryland  21742

The Group Contract is approved and its terms are accepted.

This Application is made in duplicate.  One is attached to the Group Contract.  The other is to be returned to Prudential.

It is agreed that this Application replaces any prior Application for the Group Contract.

**Group Term Life, Accidental Death and Dismemberment and Long Term Disability Coverages**

MERITUS MEDICAL CENTER, INC.
_____
(Full or Corporate Name of Applicant)

Dated at _____   By _____
                                              (Signature and Title)

On _____, 20_____   Witness _____
                                        (To be signed by Resident
                                        Agent where required by law)

**NOTICE:**  Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

83500
APP 5102                                                           (S-1)(53107-1)
                                                        Re-release date May 10, 2018

**CONTRACT ENDORSEMENT TO GROUP CONTRACT**

**Control No.:** 53107

**Effective Date:** June 1, 2018

This contract endorsement is attached to and made part of the Group Contract.

The Group Contract is changed as follows:

- The following is added to the **Schedule of Premium Rates** page:

    **Fees**

    At the Contract Holder's request, Prudential may:

    (1)   collect fees from the Contract Holder; and

    (2)   pay fees to the appropriate entity or entities.

    In addition, Prudential may reimburse the Contract Holder for reasonable expenses incurred in the administration of this Group Contract.

    Fees are payments made to the entity providing service(s) related to this Group Contract.

    The Contract Holder's monthly payment to Prudential is equal to the accrued and unpaid premium and any fees.

    The premium rate and any fees may be adjusted at any time during the terms of the Group Contract, regardless of an existing rate guarantee, to reflect changes to the commissions or fees paid, if any, to:

    (1)   Prudential;

    (2)   the insurance producer for this Group Contract;

    (3)   any other agent of the Contract Holder; or

    (4)   the Contract Holder.

- The **General Rules** page is modified as follows:

    Section C. Premium Rate Changes describes what premium rates are in effect on the Contract Date, how long those rates apply and the conditions under which they may change.  Those conditions include events or circumstances that change the degree of risk assumed by Prudential with respect to a Coverage.  The following is added to the list of events or circumstances that change the degree of risk assumed by Prudential:

    (1)   As of any date the extent or nature of the risk assumed is changed as a result of a change that occurs in federal or state disability or retirement insurance benefit programs.

All other sections of the Group Contract remain unchanged.

_____

                                          **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

*Margaret M. Foran*

                                          Secretary

83500
END CON 5004                                                                (53107-1)

SPARC Trans # 53107-2021217-001
CMWS Unique ID 149026

**AMENDMENT TO GROUP CONTRACT NO. G-53107-MD**

By their signatures below, the Contract Holder and Prudential agree that the Group Contract is changed as follows:

- The insurance form listed in Column I below is attached to this Amendment; it forms part of the Group Contract as of its Effective Date.  The form listed in Column I replaces, as of its Effective Date, the corresponding insurance form listed in Column II.

| **Column I** | **Column II** |
|---|---|
| 83500 SCH 5018 (S-1)(53107-1) effective January 1, 2022 | 83500 SCH 5018 (S-1)(53107-1) effective January 1, 2021 |

Date: _____, 20____          - MERITUS MEDICAL CENTER, INC. -
                                                                              (Contract Holder)

Witness: _____                By: _____
                                                                              (Signature and Title)

Roseland, NJ                                                    THE PRUDENTIAL INSURANCE COMPANY
                                                                              OF AMERICA

August 26, 2021                                                 By: *[signature]*
                                                                              Vice President, Contracts

83500                                                                                                                                  A
AMD 1001                                                                               AMD, G-53107-MD, 01-01-2022, 13

# Schedule of Plans

**Effective:** January 1, 2022

**Group Contract No.:** G-53107-MD

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date.  The Plan of Benefits for a Covered Class is determined by:  (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract.  A copy of each Certificate and any modification to it is attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate(s) listed below.

    **Plan of Benefits that Applies to this Covered Class:**

    (1)  The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:
        (a)  With the Program Date of June 1, 2018; and
        (b)  Bearing the code "53107, LTD, Corporate Officers, Ed 04-2018, 2".

    (2)  The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:
        (a)  With the Program Date of June 1, 2018; and
        (b)  Bearing the code "53107, LTD, All Other Active EEs, Ed 04-2018, 3".

    (3)  The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:
        (a)  With the Program Date of June 1, 2018; and
        (b)  Bearing the code "53107, BGL, Exempt Retirees, Ed 04-2018, 4".

    (4)  The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:
        (a)  With the Program Date of June 1, 2018; and
        (b)  Bearing the code "53107, BGL, Non Exempt Retirees, Ed 04-2018, 5".

(5) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:
(a) With the Program Date of January 1, 2022; and
(b) Bearing the code "53107, BGL-OGL-BADD-OADD-DGL, Active Exempt EEs, Ed 08-2021, 11".

(6) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:
(a) With the Program Date of January 1, 2022; and
(b) Bearing the code "53107, BGL-OGL-BADD-OADD-DGL, Active Non Exempt EEs, Ed 08-2021, 12".

_____