IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHANIE RILEY as Personal Representative of BROOKE RILEY,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 8:22-cv-02051-DKC<br><br>Removed from District Court of Maryland for Prince George's County,<br>Case No. 050200053932021 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Stephanie Riley as Personal Representative of Brooke Riley, and Defendant, The Prudential Insurance Company of America (incorrectly sued as "Prudential Insurance Company"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Further, each party shall bear its own costs, expenses and attorney's fees.

86470259v.1

| | |
|---|---|
| **Dated**:  September 30, 2022 | **Dated:**  September 30, 2022 |
| By: _/s/ Richard L. Jaklitsch_  (signed with permission)____ | By: _/s/ Matthew A. Clabots_____ |
| Richard L. Jaklitsch<br>The Jaklitsch Law Group<br>14350 Old Marlboro Pike<br>Upper Marlboro, Maryland 20772<br>rick@jaklitschlawgroup.com<br><br>*Counsel for Plaintiff* | Eric J. Janson<br>ejanson@seyfarth.com<br>SEYFARTH SHAW LLP<br>975 F Street, N.W.<br>Washington, DC  20004-1454<br>Telephone: (202) 463-2400<br>Facsimile: (202) 828-5393<br><br>Matthew A. Clabots (admitted *pro hac vice*)<br>mclabots@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606-6048<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>*Counsel for Defendant* |